UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| RICHARD ALLAN CASE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | No. CV-12-500-CI<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONSIDERATION |

Before the court is Plaintiff's "Motion to Revisit Court's Order Granting Protective Order," which the court construes as a motion for reconsideration. The matter was noted for hearing on April 29, 2013. **ECF No. 42.** The court has reviewed the pleadings and finds no cause for reconsideration. Accordingly, Plaintiff's, **ECF No. 42,** Motion is **DENIED**.

**IT IS SO ORDERED.** The Court Executive is directed to file this Order and provide copies to the parties.

DATED May 8, 2013.

                    S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

Click here to enter text.- 1